**Opinion filed July 16, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00138-CR

_____

## EVAN MARSHALL ROBERTS, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 19691B**

## MEMORANDUM OPINION

Evan Marshall Roberts, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant requests that this court "dismiss this cause on grounds that the Appellant no longer desires to pursue an appeal." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

July 16, 2015                                                                 PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.